Henry M. Rau, Respondent, v. William N. Heard and Others, Defendants. Henry N. Steinert, Receiver, Appellant.— Order affirmed, with ten dollars costs and disbursements against receiver personally. No opinion.

William D. Mann, Appellant, v. Peter F. Collier and Robert J. Collier, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William L. Ligety, Respondent, v. American Cigar Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Diamond, Respondent, v. Joseph Abrahams, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edgar J. M. Hart, Appellant, v. Marguerite Y. Hart, Respondent.— Order modified by reducing counsel fee to $200, and as modified affirmed, without costs. No opinion. Clarke, J., dissented, and voted for affirmance. Settle order on notice.

John Vigouroux, Respondent, v. The Helvetia Silk Mills, a Corporation Organized and Existing under the Laws of the State of New Jersey, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Hyman Cohen.— Motion granted unless appeal be ready for March term.

The People of the State of New York v. Levolt M. Martoogesian.— Motion granted unless appeal be ready for March term.

The People of the State of New York v. Margaret Teal.— Motion granted.

Richard Sippell v. Max Salmowitz.— Motion granted, with ten dollars costs.

In the Matter of Caroline Rumpf.— Motion denied, with ten dollars costs.

Teresa Castagna v. Robert P. Lawless.— Motion denied on terms stated in order.

Walter C. Jordan v. Frank Keenan.— Motion denied on terms stated in order.

Ignatius Custar v. William L. Abbott.— Motion granted, with ten dollars costs.

John Finck v. Albert S. Del Gaudio.— Motion denied on terms stated in order.

State Board of Pharmacy v. Louis P. Rupp.— Motion granted. Order signed.

David Jonap v. Abraham Preger and Another. George A. Carroll v. Joseph P. Farley. The People of the State of New York v. Steers & Menke. The People of the State of New York v. Alexander Paul. James Corcoran v. Thomas Kelly. Abe Brill v. Metropolitan Surety Company.—Applications for leave to appeal to Appellate Division denied, with ten dollars costs in each case. Orders signed.

United Merchants Realty Company v. New York Hippodrome.— Application granted. Order signed.

Rosario Genovesia, as Administratrix, v. Pelham Operating Company.— Motion denied, with ten dollars costs.

Emanuel Kuh and Others v. British America Assurance Company.— Motion granted; question certified.

Albert Van Loan v. Tucker, Speyers & Company.— Motion denied, with ten dollars costs.

In the Matter of Grade Damage Commission. (In the Matter of Kurzman; In the Matter of Kratzer.)— Motion granted. Settle orders on notice.